UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Civil Action No. |
| VERIZON SOURCING LLC; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; VERIZON SERVICES CORP.; AND VERIZON CORPORATE SERVICES GROUP, INC., Plaintiffs, -v- VISA, INC.; VISA U.S.A. INC.; VISA INTERNATIONAL SERVICE ASSOCIATION; MASTERCARD INCORPORATED; AND MASTERCARD INTERNATIONAL INCORPORATED, Defendants. | (Document Electronically Filed) |

## RULE 7.1 STATEMENT OF PLAINTIFFS VERIZON SOURCING LLC, CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., AND VERIZON CORPORATE SERVICES GROIUP, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure the undersigned counsel for Plaintiffs hereby certifies as follows:

(1)  Verizon Sourcing LLC, Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., and Verizon Corporate Services Group, Inc., are all direct or indirect subsidiaries of Verizon Communications Inc.

-2-

(2)     Verizon Communications Inc. is a publicly held corporation. It has no parent corporation and no publicly held corporation owns 10% or more of Verizon Communications Inc.'s stock.

Date:   October 17, 2019                         Respectfully submitted,

                                        By:  */s/ Gavin J. Rooney*
                                             Gavin J. Rooney, Esq.
                                             **LOWENSTEIN SANDLER LLP**
                                             1251 Avenue of the Americas
                                             New York, NY 10020
                                             (212) 262-6700
                                             grooney@lowenstein.com

                                             *Attorneys for Plaintiffs*